UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, a California public utility corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY TRANSPORTATION AUTHORITY, a public corporation,<br><br>Defendant. | CASE NO.: 8:20-cv-02186-DOC-KES (CONSOLIDATED CASE: 8:20-cv-02187-DOC-KES)<br><br>BEFORE THE HONORABLE DAVID O. CARTER<br><br>**JUDGMENT IN FAVOR OF DEFENDANT ORANGE COUNTY TRANSPORTATION AUTHORITY** |

The Court having issued an Order (Dkt. No. 60) denying Plaintiffs Southern California Edison Company's ("SCE") and Southern California Gas Company's ("SCG") motion for summary judgment and granting Defendant Orange County Transportation Authority's ("OCTA") motion for summary judgment, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Judgment is hereby entered in favor of Defendant OCTA on all of Plaintiff SCE's claims and OCTA's counterclaim. The court hereby declares that SCE is legally responsible for repayment to OCTA of all sums advanced by OCTA

1

to SCE for relocation of SCE's utilities in connection with the Orange County Streetcar Project. Whether OCTA is entitled to post-judgment interest from SCE may be raised in connection with any appeal, and both OCTA and SCE reserve their rights on the issue.

2. Judgment is hereby entered in favor of Defendant OCTA on all of Plaintiff SCG's claims and OCTA's counterclaim. The court hereby declares that SCG is legally responsible for repayment to OCTA of all sums advanced by OCTA to SCG for relocation of SCG's utilities in connection with the Orange County Streetcar Project.

3. Because the Court has now adjudicated all claims, counterclaims, and defenses asserted by the parties in this action, this judgment is a final judgment subject to appeal.

4. All pending dates and deadlines are VACATED. The Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated: May 16, 2022

_____
Honorable David O. Carter
United States District Judge